UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SYDNEY MORGAN,

     Plaintiff,

     v.

SECRETARY OF UNITED STATES
DEPARTMENT OF VETERAN AFFAIRS,
Douglas A. Collins, Acting Secretary,

     Defendant.

Case No. 26-2124-TC-ADM

## ORDER

This matter comes before the court on the Unopposed Motion to Stay Discovery filed by the United States on behalf of Secretary Douglas A. Collins ("defendant"). (ECF 9.) By way of this motion, defendant asks the court to stay all Rule 26 proceedings and discovery pending a ruling on defendant's motion to dismiss (ECF 5). Defendant contends that a stay is appropriate because "this case is likely to be finally concluded as a result of a ruling on Defendant's motion to dismiss, or at least substantially limited"; "further discovery would not affect resolution of the motion"; and "discovery on all issues in the Complaint will be costly and burdensome." (ECF 9, at 3-4.) Plaintiff Sydney Morgan ("Morgan") does not object to defendant's request for a stay. (*Id.* at 1.)

The decision to stay proceedings lies within the trial court's sound discretion. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Given that Morgan does not object to a stay, the court grants defendant's motion as unopposed. D. KAN. RULE 7.4(b) ("Ordinarily, the court will grant [an uncontested] motion without further notice."). The deadlines set forth in the court's Initial Order

1

Regarding Planning and Scheduling (ECF 6) are vacated, and the court cancels the scheduling conference set for July 2, 2026, at 10:30 a.m.  Other than any deadlines related to defendant's Motion to Dismiss, these proceedings—including discovery and any obligations under Rule 26—are stayed pending the district judge's ruling on that motion.

Should any of Morgan's claims survive, the parties must meet and confer and submit a proposed scheduling order via email to *ksd_mitchell_chambers@ksd.uscourts.gov* within 14 days of the district judge's ruling.  A form scheduling order is available at *https://www.ksd.uscourts.gov/content/magistrate-judge-angel-d-mitchell*.  After reviewing the proposed scheduling order, the court will either enter the order or set a scheduling conference if necessary.

**IT IS THEREFORE ORDERED** that defendant's Unopposed Motion to Stay Discovery (ECF 9) is granted as set forth above.

**IT IS SO ORDERED.**

Dated May 27, 2026, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge